UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JULIO CESAR SANCHEZ MARTINEZ,<br><br>Petitioner. | Case No. 23-cv-02887 BLF (PR)<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

On June 13, 2023, Petitioner, proceeding *pro se*, filed a letter which was construed as an attempt to file a petition for writ of habeas corpus under 28 U.S.C. § 2254. Dkt. No. 1. On the same day, the Clerk sent two notices to Petitioner, instructing him to do the following: (1) to file a proper petition on the court form, Dkt. No. 2; and (2) to either pay the $5 filing fee or file a complete *In Forma Pauperis* application, Dkt. No. 3.

On July 12, 2023, Petitioner filed a letter stating that he merely wrote to the Court asking for a "habeas corpus form… so I could file in the near future," and that he is still in the process of preparing his papers. Dkt. No. 5. This matter was reassigned to the undersigned on July 18, 2023. Dkt. No. 7. It appears that this matter was prematurely and improvidently opened and should be administratively closed.

The Clerk of the Court shall administratively close the instant case. Because this case was opened in error, no filing fee is due.

**IT IS SO ORDERED.**

Dated: _____July 21, 2023_____

_____
BETH LABSON FREEMAN
United States District Judge

Order Admin. Close
P:\PRO-SE\BLF\HC.23\02887Martinez_admin-close